

FILED_____ _____ENTERED
_____LODGED_____ RECEIVED

OCT 07 2025

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY
DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     \*

                       \*

v.                 \*     CRIMINAL NO. 1:25-mj-02586

                       \*

Martin CORONADO-CONTRERAS     \*

                       \*

                   \*\*\*\*\*\*\*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, David Roberson, being duly sworn, depose and state the following:

1.     I am a Special Agent with United States Immigration and Customs Enforcement ("ICE") and have served in that capacity since October 17, 2021. I am authorized by law to interrogate, arrest, search, and seize aliens who are unlawfully present in the United States pursuant to Title 8, United States Code, Section 1357. Throughout my career, I have been involved in the investigation of numerous cases involving the illegal reentry of aliens into the United States.

2.     I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the ICE investigative file, including the defendant's criminal history record; and from reports of other enforcement officers involved in the investigation.

3.     Because I have submitted this Affidavit for the limited purpose of establishing probable cause, I have not included every detail of every aspect of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause. I have not, however, excluded any information known to me that would defeat a determination of probable cause.

4.     This Affidavit is submitted in support of a criminal complaint and arrest warrant for Martin Coronado-Contreras ("CORONADO-CONTRERAS"), charging him with reentry after removal in violation of 8 U.S.C. § 1326(a).

## PROBABLE CAUSE

5.    The defendant is a citizen and national of Mexico, and not a native, citizen or national of the United States.

6.    At an unknown date and time before December 31, 1994, the defendant entered the United States at or near Brownsville, Texas without inspection by an immigration officer. On September 27, 1995, CORONADO-CONTRERAS was granted voluntary departure by the Department of Justice Executive Office of Immigration Review. This order was valid until January 10, 1996. CORONADO-CONTRERAS failed to depart the United States.

7.    ICE officials also determined that on or about April 12, 1996, the defendant was charged in the District Court for Baltimore County, Maryland (Case # 210711) with Prostitution: Procure & Solicit. On July 29, 1996, CORONADO-CONTRERAS was fined and sentenced to probation before judgment.

8.    ICE officials also determined that on or about May 9, 1999, the defendant was administratively charged by the Maryland Motor Vehicle Administration (Case # AJG95577) with Refusal: Per Se .10 or more BAC. On August 11, his sentence of probation before judgment was stayed.

### 2003 Removal

9.    On June 10, 2003, CORONADO-CONTRERAS was encountered and arrested by ICE/Enforcement and Removal Operations ("ERO") at the Baltimore Field Office. On June 24, 2003, CORONADO-CONTRERAS was removed from the United States to Mexico via Laredo, Texas.

Reentry & 2012 Removal

10.    Thereafter, at an unknown date and time before June 3, 2011, the defendant re-entered the United States without inspection or admission at an unknown location.  ICE officials determined that on or about June 13, 2011 the defendant was arrested and charged with assault relating to a domestic violence incident.  Officers from the Anne Arundel Police Department responded to a call for assistance with a domestic assault.  When the officers arrived, the defendant's wife reported that the defendant got into an altercation because she arrived home late and then the defendant was demanding sex against her will. As he demanded sex, he reportedly grabbed the wife by the wrist.  The wife reported that during the incident, the defendant then destroyed her phone to prevent her from calling the police and then locked her outside the residence. Responding officers observed a cut on the wife's finger. On January 23, 2012, the defendant was convicted of Second Degree Assault, in violation of CR.3.203. in the District Court for Anne Arundel County, Maryland (Case# 2A00237918).  The defendant was sentenced to 18 months' probation.

11.    On January 31, 2012, when he was scheduled to report to Maryland Parole and Probation, CORONADO-CONTRERAS was arrested by ERO and transported to the ERO Baltimore Field Office for processing. On February 6, 2012, ICE/Enforcement and Removal Operations ("ERO") issued the defendant a Notice to Reinstate a Prior Order of Removal, Form I-871, in violation of section 241(a)(5) of the Immigration and Nationality Act. On February 6, 2012, the defendant was removed again from the United States to Mexico.

Reentry & Recent Presence in Maryland

12.    Thereafter, at an unknown date and time before August 18, 2020, the defendant re-entered the United States without inspection or admission at an unknown location.  ICE officials

3

determined that on or about September 23, 2021, the defendant pled guilty to Failing to Return to & Remain at the scene of an Accident Involving Vehicle Damage, in violation of TA.20.103.B in the District Court for Anne Arundel County, Maryland (Case#0CP0TC5). The date of the incident was August 18, 2020. The defendant was sentenced to probation before judgment.

13.    On April 29, 2022, CORONADO-CONTRERAS was charged in the District Court for Anne Arundel County, Maryland (D-07-CR-22-003276) with Assault Second Degree on the same day it occurred. The charges arose from an allegation that the defendant assaulted his minor son. The defendant's son reported that the defendant grabbed him by the jacket and struck the victim with an open hand on the face. Responding officers observed a visible red and raw mark from the middle of the victim's neck spanning almost to his left shoulder. On July 13, 2022, this charge was Nolle Prosequi.

14.    ICE Officials recently determined that the defendant is the owner and operator of the El Norteño Grill, a restaurant located at 602 Crain Highway North, Glen Burnie, Maryland. Investigators conducted surveillance at the El Norteño Grill on September 10, 2025. At approximately 10:10 a.m., a 2018 Gray Dodge Ram (MD# 8FD1587) was observed arriving at the restaurant. This vehicle is registered at the Maryland Motor Vehicles Administration to Martin CORONADO-CONTRERAS at an address in Millersville, Maryland. The passenger door opened and a male exited the vehicle and entered the restaurant. The male was a physical match to CORONADO-CONTRERAS' most recent driver's license photograph and other photographs of CORONADO-CONTRERAS found in immigration enforcement files. The date of birth listed for CORONADO-CONTRERAS on his passport matches the MVA file date of birth as well as that listed in his A-file.

4

15. There is no record that, following the prior deportations, the defendant ever obtained permission to reenter the United States from the Secretary for Homeland Security, the United States Attorney General, or any other authorized official.

## CONCLUSION

16. Accordingly, pursuant to the facts set forth above, I submit that probable cause exists for the issuance of a criminal complaint and warrant for the arrest of Martin CORONADO-CONTRERAS, an alien who previously had been removed, knowingly entered and was found in the United States without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security, to reapply for admission in the United States as required by law, in violation of 8 U.S.C. § 1326(a).

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

David Roberson
Special Agent
Homeland Security Investigations

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) this __7th__ day of October, 2025.

Honorable Erin Aslan
United States Magistrate Judge

5